NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1340

NORBET STEVEN WILCOX,

Petitioner-Appellant,

v.

JAMES L. MORGAN, WARDEN,

Respondent-Appellee.

Appeal from the United States District Court for the Western District of Kentucky in case no. 3:06-CV-496, Chief Judge Thomas B. Russell.

## ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

The court considers whether this appeal should be dismissed.

It appears that Norbet Steven Wilcox is attempting to appeal from a decision of the United States Court of Appeals for the Sixth Circuit. Only the Supreme Court of the United States has jurisdiction to review the Sixth Circuit's decision.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 21 days of the date of filing of this order, this appeal will be dismissed.

FOR THE COURT

**MAY 2 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK

cc:    Norbet Steven Wilcox
       Todd D. Ferguson, Esq.

s19